IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-10521-HH

MAURICE WALKER,
on behalf of himself and others similarly situated,

                                                Plaintiff-Appellee,

versus

CITY OF CALHOUN, GA,

                                                Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Georgia

Before: MARCUS, ROSENBAUM and JILL PRYOR, Circuit Judges.

BY THE COURT:

Appellee's motion to dismiss the case is CARRIED WITH THE CASE. *See* 28 U.S.C. § 1292(a)(1); *Leslie v. Hancock Cty. Bd. of Educ.*, 720 F.3d 1338, 1344 (11th Cir. 2013); *Solantic, LLC v. City of Neptune Beach*, 410 F.3d 1250, 1272 (11th Cir. 2005); *Hartley v. Parnell*, 193 F.3d 1263, 1272 (11th Cir. 1999); *Callaway v. Block*, 763 F.2d 1283, 1287 n.6 (11th Cir. 1985).