# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 16, 2016

Ryan Primerano
Southern Center for Human Rights
83 POPLAR ST NW
ATLANTA, GA 30303

Appeal Number: 16-10521-HH
Case Style: Maurice Walker v. City of Calhoun, GA
District Court Docket No: 4:15-cv-00170-HLM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Appellant's brief is due 30 days from the date of the enclosed order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tonya L. Searcy, HH
Phone #: (404) 335-6180

MOT-2 Notice of Court Action